**Dismissed; Opinion Filed September 18, 2017.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00940-CV

**JENNIFER LINK, Appellant**
**V.**
**DISCOVER BANK, Appellee**

**On Appeal from the County Court at Law No. 5**
**Collin County, Texas**
**Trial Court Cause No. 005-02303-2016**

# MEMORANDUM OPINION

Before Justices Francis, Myers, and Whitehill
Opinion by Justice Myers

Before the Court is appellant Jennifer Link's September 14, 2017 motion to dismiss this

appeal. We grant the motion. TEX. R. APP. P. 42.1(a)(1).

We dismiss this appeal.

/Lana Myers/
LANA MYERS
170940F.P05                                       JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

JENNIFER LINK, Appellant

No. 05-17-00940-CV     V.

DISCOVER BANK, Appellee

On Appeal from the County Court at Law No. 5, Collin County, Texas
Trial Court Cause No. 005-02303-2016.
Opinion delivered by Justice Myers. Justices Francis and Whitehill participating.

In accordance with this Court's opinion of this date, we **DISMISS** this appeal. We **ORDER** Jennifer Link to bear the costs, if any, of this appeal.

Judgment entered this 18th day of September, 2017.